FREDERICK W. NIEMEYER, Respondent, *v.* MICHAEL J. WOODS, Appellant, Impleaded with Another.

*Niemeyer* v. *Woods,* 72 App. Div. 630, affirmed.
(Argued May 18, 1903; decided June 2, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1902, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry G. K. Heath* for appellant.

*J. Mortimer Bell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

BRADLEY & CURRIER COMPANY, Appellant, *v.* JACQUES PACHETEAU, Respondent.

*Bradley & Currier Co.* v. *Pacheteau,* 71 App. Div. 148, reversed.
(Submitted May 18, 1903; decided June 2, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1902, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and dismissing the complaint.

*Austin E. Pressinger* and *Edgar Whitlock* for appellant.

*Abraham Levy* and *Henry W. Unger* for respondent.

Order reversed and judgment of Special Term so modified as to award a personal judgment only, pursuant to section 3412 of the Code of Civil Procedure, and as thus modified affirmed as of November 9, 1901, without costs in this court or in the Appellate Division to either party; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.